NOVEMBER 10, 1950

No. 7905.

*E. H. Corrigan* v. *United States*. Entered at Laredo, Tex. Reap. Dec. 7879. Motion by plaintiff.